**STATE of Missouri, Respondent,**

v.

**James K. STEELE, Appellant.**

**No. WD 40285.**

Missouri Court of Appeals,
Western District.

June 27, 1989.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Aug. 1, 1989.

Application to Transfer Denied
Sept. 12, 1989.

Thomas J. Marshall, Public Defender, Moberly, for appellant.

William L. Webster, Atty. Gen., Ronald L. Jurgeson, Asst. Atty. Gen., Jefferson City, for respondent.

Before KENNEDY, C.J., and TURNAGE and GAITAN, JJ.

ORDER

PER CURIAM.

Appeal from judgment imposing concurrent terms of 15 years and 20 years following conviction of robbery second degree, § 569.030, RSMo 1986, and kidnapping, § 565.110, RSMo 1986, and denying a Rule 29.15 motion to vacate judgment and sentence.

Judgment affirmed.   Rule 84.16(b).